**Opinion issued April 16, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00112-CV

———————————

## IN RE MOTHER DOE AND FATHER DOE, INDIVIDUALLY AND AS NEXT FRIENDS OF JOHN DOE AND JANE DOE, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, Mother Doe and Father Doe, Individually and as next friends of John Doe and Jane Doe, have filed a petition for writ of mandamus, challenging the trial court's December 16, 2014 "Joint Protective Order."[*]

---

[*]    The underlying case is *Mother Doe and Father Doe, Individually and as next friends of John Doe and Jane Doe, Minors v. Beth Yeshurun Day School, Tom Elieff, Cindy Kirsch, and Kelli Sydow*, cause number 1045092, pending in the County Civil Court at Law No. 2 of Harris County, Texas, the Honorable Theresa W. Chang presiding.

We **deny** the petition for writ of mandamus. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Lloyd.